[No. 29189-1-I.   Division One.   December 21, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. GARRETT
R. ABEL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-00590-5, Sharon S. Armstrong, J., entered

August 21, 1991. *Reversed* by unpublished per curiam opinion.